# Exhibit 18

| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| --- | --- | --- |
| | ) | NINTH JUDICIAL CIRCUIT |
| COUNTY OF CHARLESTON | ) | |
| | ) | CASE NO.: 2011-CP-10-08609 |
| | ) | |
| John Doe, | ) | **MOTION AND ORDER INFORMATION** |
| Plaintiff, | ) | **FORM AND COVERSHEET** |
| vs. | ) | |
| | ) | |
| Michael Arpaio and The Citadel, | ) | |
| Defendant. | ) | |

| Plaintiff's Attorney: | Defendant's Attorney: |
| --- | --- |
| J. Edward Bell and Scott Evans, Bar No. _____ | M. Dawes Cooke, Jr, Bar No. 1376 |
| Address: | Address: |
| P.O. Box 2590, Georgetown, SC 29442 | P.O Drawer H, Charleston, SC 29402 |
| Phone: (843) 546-2408 Fax _____ | Phone: (843) 577-7700  Fax (843) 577-7708 |
| E-mail: EBell@EdBellLaw.com Other: _____ | E-mail: mdc@barnwell-whaley.com Other: _____ |

| ☒ **MOTION HEARING REQUESTED** (attach written motion and complete SECTIONS I and III) |
| --- |
| ☐ **FORM MOTION, NO HEARING REQUESTED** (complete SECTIONS II and III) |
| ☐ **PROPOSED ORDER/CONSENT ORDER** (complete SECTIONS II and III) |

| **SECTION I: Hearing Information** |
| --- |
| Nature of Motion: Motion for Summary Judgment |
| Estimated Time Needed: 60 minutes     Court Reporter Needed:  ☒ YES / ☐ NO |

| **SECTION II: Motion/Order Type** |
| --- |
| ☐ Written motion attached |
| ☐ Form Motion/Order |
| I hereby move for relief or action by the court as set forth in the attached proposed order. |
| |
| _____  _____ |
| Signature of Attorney for ☐ Plaintiff / ☐ Defendant     Date submitted |

| **SECTION III: Motion Fee** |
| --- |
| ☒ PAID – AMOUNT: $_____ |
| ☐ EXEMPT:         ☐ Rule to Show Cause in Child or Spousal Support |
| (check reason)   ☐ Domestic Abuse or Abuse and Neglect |
|                  ☐ Indigent Status    ☐ State Agency v. Indigent Party |
|                  ☐ Sexually Violent Predator Act    ☐ Post-Conviction Relief |
|                  ☐ Motion for Stay in Bankruptcy |
|                  ☐ Motion for Publication    ☐ Motion for Execution (Rule 69, SCRCP) |
|                  ☐ Proposed order submitted at request of the court; or, |
|                     reduced to writing from motion made in open court per judge's instructions |
|                  Name of Court Reporter: _____ |
|                  ☐ Other: _____ |

| **JUDGE'S SECTION** | |
| --- | --- |
| ☐ Motion Fee to be paid upon filing of the attached order. | JUDGE CODE _____ |
| ☐ Other: _____ | Date: _____ |

| **CLERK'S VERIFICATION** |
| --- |
| |
| Collected by: _____     Date Filed: _____ |
| ☐ MOTION FEE COLLECTED: $ _____ |
| ☐ CONTESTED – AMOUNT DUE: $ _____ |

SCCA 233 (11/2003)

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FOR THE NINTH JUDICIAL CIRCUIT |
| COUNTY OF CHARLESTON ) | CASE NO.: 2011-CP-10-08609 |

STATE OF SOUTH CAROLINA      )      IN THE COURT OF COMMON PLEAS
                             )      FOR THE NINTH JUDICIAL CIRCUIT
COUNTY OF CHARLESTON         )      CASE NO.: 2011-CP-10-08609

John Doe,                    )
                             )
        Plaintiff,            )      **NOTICE OF MOTION AND MOTION**
                             )      **FOR SUMMARY JUDGMENT**
    vs.                      )      **ON BEHALF OF DEFENDANT**
                             )      **THE CITADEL**
Michael Arpaio and The Citadel, )
                             )
        Defendants.          )

**TO:   ATTORNEYS FOR PLAINTIFF**

YOU WILL PLEASE TAKE NOTICE that the undersigned attorneys for Defendant, The Citadel ("Defendant"), will move before this Court, at least ten (10) days from the date hereof or as soon thereafter as counsel may be heard, for an Order granting Defendant summary judgment and entering judgment against the Plaintiff pursuant to Rule 56 of the South Carolina Rules of Civil Procedure because there are no genuine issues of material fact supporting Plaintiff's claims. The grounds for this motion are that:

(a)   Defendant is entitled to summary judgment as to all of Plaintiff's claims because such claims are barred by the statute of limitations contained in the South Carolina Tort Claims Act, at S.C. Code § 15-78-110, because he did not file this action within two years after the loss was discovered or within one year of reaching the age of eighteen. *See* S.C. Code § 15-3-40.

(b)   Defendant is entitled to summary judgment as to all counts under S.C. Code § 15-78-60(25), because Plaintiff claims a loss resulting from duties relating to supervision, protection, control, confinement, or custody of any student, patient, prisoner, inmate, or client of any governmental entity, and Plaintiff cannot proffer a scintilla of evidence that The Citadel exercised such duties in a grossly negligent manner.

(c)   Defendant is entitled to summary judgment as to Plaintiff's assault and battery claims (Counts 1, 5 and 9) because they are premised on a theory of *respondeat superior*, but the alleged conduct was well outside of the scope of the alleged employment of Defendant Arpaio.

(d)   Defendant is entitled to summary judgment as to Plaintiff's outrage claims (Counts 2, 6 and 10) because those claims are barred by the South

- 1 -

Carolina Tort Claims Act, *see e.g.*, S.C. Code § 15-78-30(f) and because Plaintiff has had other potential remedies available to him.

(e)  Defendant is entitled to summary judgment as to Plaintiff's outrage claims (Counts 2, 6 and 10) because Plaintiff cannot proffer a scintilla of evidence that The Citadel acted with the requisite level of culpability for an outrage claim.

(f)  Defendant is entitled to summary judgment as to Plaintiff's sexual harassment claims (Counts 4, 8 and 12) because his claims do not involve an unlawful employment practice by The Citadel and because Plaintiff failed to exhaust his administrative remedies.

This motion may also be supported by a memorandum of law filed subsequent hereto, and by the argument of counsel at the hearing of these motions.

BARNWELL WHALEY
PATTERSON AND HELMS, LLC

By: _____
M. Dawes Cooke, Jr., Esq.
Randell C. Stoney, Jr., Esq.
P.O. Drawer H (29402)
288 Meeting Street, Suite 200
Charleston, SC 29401
(843) 577-7700
*Counsel for Defendant The Citadel*

Dated: February 14, 2014
Charleston, South Carolina

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT was served upon counsel of record via U.S. Mail on this <u>14th</u> day of February, 2014.

**ATTORNEY FOR PLAINTIFF:**
J. Edward Bell, III, Esquire
David Harwell, Esquire
Scott C. Evans, Esquire
Bell Legal Group
219 Ridge Street
Georgetown, SC 29440

BY: _____
Karen L. Jessee, Legal Secretary
Barnwell Whaley Patterson & Helms, LLC

FILED 2014 FEB 14 PM 3:39
JULIE J. ARMSTRONG
CLERK OF COURT
BY

- 3 -