# Exhibit 21

▆▆▆ v. ARPAIO & THE CITADEL

2-21-2005  John S. Grinalds

Page 1

```
State of South Carolina )
                        ) In the Court of Common Pleas
County   of  Charleston )


▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆        ) C/A No: ▆▆▆▆▆▆▆▆▆
                        )
                        )
              Plaintiff,)
                        )         Deposition
vs.                     )
                        )             of
Michael Arpaio and The  )
Citadel,                )      John S. Grinalds
                        )
                        )
          Defendants.   )
```

Deposition of Major General John S. Grinalds, taken before Sandra A. Reed, a notary public in and for the State of South Carolina, commencing at the hour of 11:08 a.m., Monday, February 21, 2005, at The Citadel, Bond Hall, 171 Moultrie Street, Charleston, South Carolina.



Reported by

Sandra A. Reed

```
 1              required to have their head shaved or their hair
 2              cut when they come in?  Is --
 3       A      No.
 4       Q      That's not a requirement?
 5       A      No.
 6       Q      I know you told me that there's a quasi-military
 7              component to the camp, but is it -- is it supposed
 8              to be set up like The Citadel in terms of the
 9              system? three-part --
10       A      Like -- if referring to the fourth-class system,
11              no.
12       Q      Okay.  What is your understanding of the senior
13              counselor?  Let me ask it again in a different way:
14              My understanding is that the senior counselor is
15              sort of right under the director and assistant
16              director in terms of being in control of the camp;
17              is that your understanding?
18       A      That's correct, uh-huh.
19       Q      Do you know what the average age of the senior
20              counselor normally is?
21       A      Usually be a graduate, a recent graduate.  It would
22              depend, I think, to a certain extent upon the
23              maturity and the capabilities of the person
24              involved.
25       Q      But normally a recent graduate, a college graduate,
```