# Exhibit 22

Page 1

```
State of South Carolina )
                        ) In the Court of Common Pleas
County  of  Charleston  )


█████████              ) C/A No: ████████████
                       )
                       )
         Plaintiff,    )
                       )
                       ) Deposition
vs.                    )
                       )
Michael Arpaio and The )        of
Citadel,               )
                       )    ████████
         Defendants.   )
                       )
```

Deposition of ████████ taken before Stephen K. Tackett, a notary public in and for the State of South Carolina, commencing at the hour of 10:00 a.m., Monday, May 16, 2005, at the office of Law Offices of J. Edward, Bell, III, LLC, 232 King Street, Georgetown, South Carolina.


Reported by:
Stephen K. Tackett

### Page 146

1  forever and, you know, and eventually one day we
2  could run off and go live wherever -- on his
3  houseboat or whatever.
4  Q  You said he would rub some kind of medicine -- Gold
5     Bond -- on your legs?
6  A  It was Ben Gay --
7  Q  Okay.
8  A  -- or Icy Hot.
9  Q  All right.
10 A  Just like soreness and stuff from all the sports
11    and that type of thing. And he'd like massage my
12    calves and my thighs.
13 Q  Okay. Is that the only place he would put it?
14 A  Yeah, I mean he wouldn't -- he didn't put it on my
15    genitals or anything. That -- that would burn; I'd
16    kind of know if he did that. But that's all I can
17    really remember. I mean I don't remember it being
18    on my shoulders or back. It was mainly my legs
19    because we did a lot of running and played soccer
20    and that type of stuff out there. We did a lot of
21    activities.
22 Q  Where would he do that?
23 A  In his room. And I do recall one time him doing it
24    in my room.
25 Q  Did anybody see that?

### Page 147

1  A  I think my camp -- my roommate was in there at that
2     time.
3  Q  Who was your roommate?
4  A  I don't remember his name. I didn't keep in
5     contact with him. I didn't keep in contact with
6     anybody.
7  Q  Do you remember where your roommate was from?
8  A  No. The only person I really -- I only -- the only
9     person I ever remember there besides, you know, the
10    people I went with really was the -- camper-wise,
11    you know -- was some guy we called ▆ " --
12 Q  Uh-huh.
13 A  -- from ▆. We always called him ▆ and
14    he's -- because I remember because he told some
15    weird story one time about almost getting attacked
16    by an alligator or something like that. And
17    ▆ or whatever his name was -- ▆ --
18    and then he told me -- then I heard that he, like,
19    threw a lock at somebody or something like that and
20    busted their head open because he got angry or
21    something at one time. I know somebody got their
22    head busted open by a lock from a locker or
23    something like that.
24 Q  Okay.
25 A  And that's the only person honestly -- that's the

### Page 148

1     only person I really like remember actually just
2     because of that story. I remember funny little
3     things like that.
4  Q  Okay.
5  A  But I didn't -- like I didn't spend hardly any time
6     with a lot of my campers. I was always with Arpaio
7     or with other, you know, other counselors. They
8     were kind of -- they would treat me a little bit
9     better because I -- he told everybody I was his
10    brother; I told everyone I was his brother. They
11    thought we were brothers and then -- excuse me --
12    toward the end, he found out that they -- the
13    counselors found out that I wasn't really his blood
14    brother.
15 Q  Uh-huh.
16 A  They almost stopped talking to me altogether.
17 Q  Okay. And you said that he gave you vitamins?
18 A  That's -- that's what he said they were. I -- I
19    don't know what they were.
20 Q  When did he do that?
21 A  I guess right about the fourth or fifth day, I
22    guess, somewhere right about the first week, he
23    started giving them to me. Said that it'd help me
24    win the Mark Clark Award -- vitamins -- stay in
25    shape and that kind of stuff.

### Page 149

1  Q  When did he do that? Where would he give it to
2     you?
3  A  In his room at night. It -- it was -- it was
4     almost always at night. I don't really remember it
5     even happening when it was light. It was always at
6     night.
7  Q  Did you ever stay -- did you ever sleep in his room
8     overnight?
9  A  Oh, yeah.
10 Q  How often did you do that?
11 A  Oh, around ten times, give or take, you know, one
12    or two. I mean it was right around there.
13 Q  Was anybody else in the room?
14 A  I remember I think ▆ staying in there also in
15    the same bed a night or two. I don't remember --
16    it was -- I know it was at least two nights. I
17    don't know if he was in there, you know, also more
18    nights. Yeah, Rob would sleep in the room. He was
19    there; he wasn't there all the time, but when he
20    was there, he'd sleep in that room. He knew I was
21    -- I was sleeping in there with him.
22 Q  Did anybody else know that you slept in that room?
23 A  Oh, yeah, like it was, like, a big talk with
24    everybody that, you know, I get to sleep in Mike's
25    room. I bragged about that kind of in a way

### Page 150

```
 1     because almost for the fact that, you know as --
 2  Q  Did any other --
 3  A  -- it's cool to be his friend.
 4  Q  Did any other counselors or staff members know that
 5     you slept in Mike's -- in Arpaio's room?
 6  A  Well, see, here's the thing: Like I assume that my
 7     -- he's supposed to be in charge of my group -- I
 8     assume that he would have known, but I don't know
 9     because he didn't really care. They didn't really
10     care where we were at.
11  Q  Okay.
12  A  There was really much -- not much supervision. I
13     guess -- I guess even if he was really supervising,
14     he -- he would have known I was in there.
15  Q  Okay.
16  A  And I guess if he wasn't supervising, then he
17     wouldn't have known. So I don't -- I don't know.
18  Q  Okay.
19  A  I mean ▇▇▇ knew, of course.
20  Q  Yeah. Because he stayed in there with you?
21  A  Yeah. ▇▇▇ knew.
22  Q  Okay.
23  A  Excuse me.
24  Q  But as far as any counselors, you don't know that
25     any of them knew?
```

### Page 151

```
 1  A  I know Rob knew for sure because he was staying
 2     there. And I think ▇▇▇ knew. ▇▇▇ would see us
 3     in there, you know, laying in the bed and that type
 4     of thing and always -- always in and out of there.
 5     That ▇▇▇, see, he didn't like me for
 6     some reason and I never really knew why. But Mike
 7     told me some story about he knew him when he was
 8     younger or something like that.
 9  Q  You don't know that ▇▇▇ knew; you just
10     know that they saw you in the room at times?
11  A  Yeah, they saw me in the room. They saw me laying
12     in the bed with him.
13  Q  Okay. But you said you laid in the bed with him
14     during the day?
15  A  And -- and -- and at night. I mean like they would
16     come in late at night and stuff. I mean counselors
17     were up, stirring, all hours of the night.
18  Q  Okay.
19  A  I mean they were -- they would come in, you know,
20     middle of the night. I didn't -- you know, we
21     stayed up and we'd watch, you know, movies. And we
22     had to watch, you know, the same pornography stuff
23     a lot of the times.
24  Q  Do you -- do you --
25  A  But we'd have to watch other movies, too, like
```

### Page 152

```
 1     "Full Metal Jacket" and stuff like that.
 2  Q  What were the names -- do you remember the names of
 3     any of those movies other than "Full Metal Jacket"
 4     that you watched?
 5  A  No. It didn't have a -- it was just a black tape
 6     in his backpack under the bed. It was unzipped and
 7     you saw like a bottle of Jack Daniels and like a
 8     cigar box or something in there and then you seen a
 9     tape inside of a brown like a little paper bag and
10     that's what that tape was. And, at first, we had
11     found that without -- without it being -- without
12     him knowing about it. And we put it into the VCR -
13     - me and ▇▇▇ -- and started watching it. He was
14     outside doing the -- raising the flag, assembly-
15     thing where they have like this little shotgun
16     thing where they pull it and it goes boom like a
17     big cannon noise.
18  Q  Uh-huh.
19  A  He was out there doing that thing. And that's when
20     we found it and we had started watching it. Well,
21     he caught us watching it somehow. And he -- we
22     thought he was going to get real mad at us. And
23     after that, like, he'd go -- it was -- it just
24     became a normal thing. He just stuck it in after
25     that one day and we just always -- always watched
```

### Page 153

```
 1     it. And then from there on it was really no
 2     question about it or anything. He never got mad.
 3     He didn't say, "So, do you want to watch it?" He'd
 4     just put it on and we watched it.
 5  Q  So that -- it was only one tape --
 6  A  Yeah, there was only one tape.
 7  Q  -- that y'all watched --
 8  A  Yeah.
 9  Q  -- over and over again?
10  A  There was only one tape, but I think it had like
11     over eight hours or something like on there or 800
12     minutes or something like that. I don't remember.
13     But it was one tape that we watched over and over.
14     And, you know, not all the time that we could sit
15     there and watch for an hour straight either, you
16     know, but...
17        MR. ELLIOTT: I'm going to take a break about
18     one and come back about one-thirty.
19        MR. BRANDENBURG: Well, we can take a break
20     now, if you want to.
21        MR. ELLIOTT: It doesn't matter. Whatever
22     y'all want to do.
23        MR. BRANDENBURG: That's fine.
24        (Off the record from 12:42 p.m.
25     until 1:35 p.m.)
```

**Page 154**

1    THE EXAMINATION BY MR. BRANDENBURG CONTINUES.
2  Q  We're back from our lunch break. ▓▓▓▓, did you
3     have any conversations with your attorneys during
4     the lunch break?
5  A  I said nothing or heard nothing, you know,
6     regarding this case whatsoever.
7  Q  You mentioned that one -- the name of one of the
8     movies that you watched in Arpaio's room was "Full
9     Metal Jacket." Do you remember the name of any of
10    the other movies that you watched?
11 A  Not really, no.
12 Q  The pornographic tape that you say that you
13    watched, do you remember whether it had a title on
14    it?
15 A  No. I told you already, no.
16 Q  Did a title come up on the screen when you put the
17    video in?
18 A  No.
19 Q  Was there one movie on that or was there more than
20    one movie on that tape?
21 A  I don't know. Oh, you mean like length? No, there
22    was a bunch of, like, different, I guess different
23    -- it'd be like one for 20 minutes or so, and then
24    of course another one. It just went right into the
25    other one. It, you know, it didn't come up with a

**Page 155**

1     title and say anything or anything that I remember.
2     It just went from one, then all of a sudden, it'd
3     go black screen, then it'd show like the beginning
4     of another pornography, you know.
5        It could be like, you know, for instance like
6     a nurse, you know, and some guy saying, you know,
7     he's like laying in a hospital bed and this starts
8     the whole theme. And it'll go into something like
9     that. No titles that I remember.
10 Q  Was -- I mean were these actual -- was there a
11    plot? It sounds like this is just a series of just
12    short films of people having sex. Is that what it
13    was?
14 A  Yeah, it showed people having sex on there. I mean
15    it was -- I don't know what you mean by "plot."
16 Q  Okay. Well -- and I mean, the movie, "Full Metal
17    Jacket," has a plot.
18 A  That's a story line.
19 Q  Has a story, yeah. Was there a story in the porn -
20    - in the tape that had the pornography on it?
21 A  No, it was like -- like little plays almost, you
22    know. It'd be like a little play. Like it'd start
23    off -- and they weren't very long, like 20 minutes.
24    Like little plays, like I said. There'd be like a
25    nurse talking to a guy that's supposedly hurt and

**Page 156**

1     then all of a sudden, you know, they may say
2     something like, "So, if I rub it like this, does it
3     feel better?" And then all of a sudden, it kind of
4     goes into like into a sexual act and it'll start
5     going into oral sex and then, of course, it goes
6     into actual sexual intercourse, vaginally and then
7     it'd be anally. And then, of course, he'd like
8     either ejaculate on her body somewhere or -- or you
9     know something like that. They weren't all the
10    same, they were all different. And that's - that's
11    all I really remember. But there was a bunch of
12    them. It wasn't like a one, you know, eight-hour
13    video of just like one movie, no, not at all.
14 Q  Did y'all watch the same little play every time?
15 A  No. It -- we -- but we had to -- we'd start that
16    movie over and had to watch it again. Because
17    there's no way that -- unless he had a different
18    one -- I only seen one video and I know that we
19    watched it little bits by little bits the whole
20    time like all the way through.
21       And I mean it may have been rewound and watch
22    some of the same stuff. There was a bunch of them
23    on there. You know, it's not like you really
24    remember -- at least at that time I probably would
25    remember seeing it, you know. "I saw this one,"

**Page 157**

1     you know, "the other day," or something like that,
2     but, as of now, there's -- I don't remember that.
3        I just remember the -- the pornography stuff
4     and that's all. I mean. . .
5  Q  Were there adults in the movie?
6  A  They looked of age.
7  Q  Were there --
8  A  I mean above the age of 18. In the State of ▓▓▓▓,
9     that's an adult. So, I mean do they look above the
10    age of 18? Yeah.
11 Q  Were there any children in it -- or what appeared
12    to be children?
13 A  No.
14 Q  And do you know how many different plays there were
15    on this?
16 A  No, sir.
17 Q  Okay. And did anybody ever see you watching that
18    other than Arpaio? Or see you watching it with
19    Arpaio?
20 A  I told you that people walked in and saw that. Rob
21    Lyons had seen it. ▓▓▓ had seen it. So. . .
22 Q  Did Rob watch it -- watch it with you?
23 A  I told you no one actually -- actually sat down and
24    watched it with us. They may have glimpsed at it
25    and laughed and said, "Look at that," and walked

████ v. Arpaio, et al.

5/17/2005

### Page 158

```
 1     out.  But I already told you no one sat down and
 2     watched it with us.
 3  Q  Okay.  And when y'all watched it, where were y'all
 4     sitting?
 5  A  We were -- it wasn't -- we weren't ever really
 6     sitting unless I was -- you know, he was sitting
 7     like, you know, and like his legs spread and I'd be
 8     between his legs and he'd be like kind of holding
 9     me, you know.
10  Q  Okay.
11  A  Most of the time it was laying down and he was like
12     really cuddling and spooning with me.  And, like I
13     told you, pushing his erection into me or his
14     fingers or grabbing me or licking me or just
15     talking how much he loves me and I'm his little
16     brother and he'd do anything for me.  Majority of
17     the time, it was laying down and it was -- and it
18     was like spooning and like the majority of the time
19     it was -- it was outside the covers.  But there
20     were a few times it was under the covers, too.
21  Q  Do you know if anyone ever saw you under the covers
22     with him?
23  A  When people would walk in, they would see me laying
24     in this bed whether I had covers on or covers off.
25  Q  Okay.  But do you remember the names of any of the
```

### Page 159

```
 1     counselors?
 2  A  I told you I don't remember any of those names
 3     besides the counselors that I've already told you.
 4  Q  And that was?
 5  A  Rob Lyons, ████, Michael Arpaio, ████
 6     ████████████.  And I think I mentioned
 7     that ████ guy, but that name is more of a
 8     familiar sounding name than actually put a face to
 9     him.
10  Q  Okay.
11  A  But I just remember -- but I do remember the
12     description of another guy, but I don't know if
13     that was that ████ guy.
14  Q  Okay.  You came in on Saturday night or Saturday
15     afternoon and you said Rob Lyon picked you up and
16     brought you back to the campus.  Tell me about the
17     next day.  How was it that you knew when to get up
18     and what to do and where to go at that point?
19  A  I really didn't.
20  Q  Okay.  What did you do that day?
21  A  I believe that that first day was kind of getting
22     your clothes and uniforms and all that stuff.  I
23     don't -- I don't really -- I couldn't tell you what
24     I did, you know, that whole day or even really the
25     next day, you know.  I -- it's -- I don't -- I
```

### Page 160

```
 1     don't remember exactly what we did.  You know, you
 2     kind of remember like the highlights of when you go
 3     somewhere.
 4  Q  Uh-huh.
 5  A  And my highlight was spending time with Mike Arpaio
 6     and that's why I remember a whole lot about that.
 7  Q  Okay.
 8  A  And all the fun stuff that we got to do that I
 9     didn't get to do, you know, when I was at home.
10     There's no way I'd ever be able to do any of that
11     kind of stuff.  And so the fun stuff that I never
12     got to do before that was new --
13  Q  Uh-huh.
14  A  -- I mean that's why -- that's why I have, you
15     know, more knowledge of that kind of stuff because
16     anything that's fun or different or exciting to
17     you, is something you're going to remember.
18  Q  Okay.  Well, you had never been to a sports camp
19     before, though, had you?
20  A  I told you that baseball camp; that's a sports
21     camp.
22  Q  What baseball camp did you go to?
23  A  ████ -- it was called -- it was called ████
24     ████ Baseball Camp.  And then one time it was
25     called ████████████ and then another time it
```

### Page 161

```
 1     was called ████████████.  It changed
 2     names, but it was the same one whatever it was.
 3     And there was another one in ████████,
 4     that I went to.  The one in ████████ -- it
 5     was in the ████████ where my mom -- my mom
 6     teached at ████ which was a college in ████.
 7     But they had multiple campuses; they had one in
 8     ████████ and they have one in ████████
 9     where I live now.
10  Q  Okay.  Tell me the name of the baseball camps
11     again.
12  A  Okay.  ████████.
13  Q  How do you spell that?
14  A  ████████ -- I don't know.  I don't know
15     how to spell it.
16  Q  Okay.  And where is that?
17  A  It's in -- I think it's out like around ████ --
18     outskirts of ████ somewhere.
19  Q  Okay.  All right.  What else?
20  A  And then that ████████████.
21  Q  How do you spell ████?
22  A  ████████.
23  Q  Okay.  And where is that?
24  A  It's in ████.
25  Q  All right.
```

Southern Reporting, Inc.
803.749.8100    www.southernreporting.net
28edecb7-628d-401d-80ad-36e7a6a81bd0