# Exhibit 24

```
State of South Carolina )
                        ) In the Court of Common Pleas
County  of  Charleston  )


                              )        ▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓,       )
                              )
              Plaintiff,
                              )
                              )        Deposition
vs.
                              )
Michael Arpaio and The        )             of
Citadel,                      )
                              )        ▓▓▓▓▓▓▓▓▓▓▓▓
              Defendants.     )
                              )
```

Deposition of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ taken before Stephen K. Tackett, a notary public in and for the State of South Carolina, commencing at the hour of 9:12 a.m., Monday, June 13, 2005, at the office of Law Offices of J. Edward, Bell, III, LLC, 232 King Street, Georgetown, South Carolina.

Reported by:

Stephen K. Tackett

███ v. Arpaio, et al.

6-13-2005

Page 375

```
1   campus before then? You mentioned you and ███
2   in 1998.
3   A   '98, we did. Me and ███ did in '97.
4   Q   And all of that took place where?
5   A   In Arpaio's room.
6   Q   Okay, did anybody see you drinking other than
7       Arpaio?
8   A   In '97? No. I don't -- I don't think so. Maybe
9       some other counselors. I don't -- I'm not
10      positive, but other -- in '98, Rob Lyons for sure
11      saw us. Definitely saw us getting drunk.
12  Q   You didn't -- I think you said you didn't ever see
13      alcohol in any other counselor rooms in 1998.
14  A   Yeah, I don't -- I don't remember.
15  Q   Okay, and only -- so the only alcohol was actually
16      in Arpaio's --
17  A   That I know of.
18  Q   -- okay, was in his bag which you said you put on -
19      - he put on the -- on the chest?
20  A   He put -- he put his bag inside the closet at the
21      bottom where -- like at the bottom of his closet
22      next to his shoes, he put it on top of his -- his -
23      - his chest of drawers, on the floor next to his
24      chest of drawers.
25  Q   Okay, and it was open all the time?
```

Page 376

```
1   A   It was always -- it was always open.
2   Q   And the bottles were visible?
3   A   Yeah, the bottles were clearly visible.
4   Q   Okay, when --
5   A   Sometimes it would -- a lot of it was because of us
6       because we'd be in there drinking it and we would
7       just leave it there.
8   Q   This is in '98?
9   A   Yes.
10  Q   When you said chest of drawers, there's a -- you
11      described earlier this metal closet --
12  A   That's not the chest of drawer.
13  Q   Okay.
14  A   The chest of drawers had drawers. It was a metal
15      with wood paneling on top.
16  Q   Four-drawer thing?
17  A   (Nods head up and down.)
18  Q   Okay, and that's where he would put it on top of
19      that?
20  A   Yes.
21  Q   All right.
22      MR. BRANDENBURG: All right. Until we meet
23      again.
24      (Whereupon, there being no further
25      questions, the deposition was
```

Page 377

```
1       concluded at 7:03 p.m.)

2       FURTHER DEPONENT SAITH NOT.

3       Signing waived.
```

Page 378

STATE OF SOUTH CAROLINA )
                        )   CERTIFICATE
COUNTY OF LEXINGTON     )

Be it known that I took the foregoing deposition of ███;
That I was then and there a notary public in and for the State of South Carolina-at-large;

That by virtue thereof I was duly authorized to administer an oath;
That the witness was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth, concerning the matter in controversy aforesaid;
The foregoing transcript of 377 typewritten pages represents a true, accurate and complete transcription of the testimony so given at the time and place aforesaid to the best of my skill and ability;

That I am not related to nor an employee of any of the parties hereto, nor a relative or employee of any attorney or counsel employed by the parties hereto, nor interested in the outcome of this action.
Witness my hand and seal this 23th day of June, 2005.

Stephen K. Tackett

Notary public for South Carolina
My commission expires March 15, 2014.

*This transcript may contain quoted material. Such material is reproduced as read or quoted by the speaker.
** - Recordings of proceedings are retained for six (6) months from the date of proceeding, or until transcript has been signed in cases where signature is not waived.

96 (Pages 375 to 378)