# Exhibit 25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

███████████████,       )  C.A. NO.: ████████
                       )
         Plaintiff,)   VOLUME II
                       )  DEPOSITION OF:
   -vs-                )
                       )  PHILLIP D. HARWOOD
UNITED STATES OF AMERICA, )
                       )
         Defendant.)

    Given before Lisa A. McCarn, Court Reporter and Notary Public, at the U.S. Attorney's Office, 151 Meeting Street, Suite 200, Charleston, South Carolina, on the 12th day of April, 2005, commencing at 2:32 p.m.



SOUTHEASTERN TRANSCRIPT

843-762-2442

```
                                                              36
 1          Q     Did you try?
 2          A     Yes.  I mean, we showed the photograph to a
 3    number of people.
 4                (Exhibit Number 9 marked.)
 5          Q     Were you able to identify any of the people
 6    in there, besides Arpaio?
 7          A     No.  And what you have to remember, too, is
 8    that a lot of the people that we interviewed or
 9    showed photographs to, there are a lot of folks
10    involved in this case who were very uncooperative
11    with us.  I mean, obviously, Rob Lyon is a classic
12    example.
13          Q     Right.
14          A     I mean, his statement is written from the
15    perspective that Captain Arpaio is a great guy, and
16    he's a heterosexual guy who actually had sex with
17    his girlfriend on this particular weekend.  And now
18    he's producing, later on, photographs of some naked
19    kid, apparently, according to you.  And then he has
20    a completely different tale to tell.  Okay.  He
21    certainly didn't tell us those things.
22          Q     Right.  I think, too, Lyons roomed with him
23    and, apparently, was friends with him back in the
24    camp and all that kind of stuff.
25          A     I know they were at the -- they were camp
```

37

1  counselors or something together.  What the extent
2  of the relationship was, I don't know.  Quite
3  frankly, I wouldn't believe half of what Mr. Lyons
4  said.
5     Q   But again, do these -- from what you
6  remember, it's not a very good picture, do these
7  look like kids that are under the age of 21 or under
8  the age of 18, or do you know?
9     A   Well, at least one of them -- one or two of
10 them look to me to be rather young, the two on the
11 left.  I mean, how old they are, you know, they
12 could be 20 years old, but they could be much
13 younger.
14    Q   Right.  And that was just, apparently, a
15 picture that was found in his office?
16    A   That's correct.
17    Q   Was that something that the NCIS people went
18 in and got before he cleared out, or how did you get
19 the pictures?
20    A   No, that was provided to us by -- that was
21 provided to NCIS by some folks that they interviewed
22 in the office, when they were interviewing folks
23 over there.
24    Q   How did you find out about Cowart, that he
25 was the one riding with him?