# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| JAMES DOE, | ) | Civil Action No.: 2:13-cv-03446-RMG |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL ARPAIO, THE CITADEL, | ) | PLAINTIFF'S RESPONSE TO |
| COLONEL JOHN G. LACKEY, III, | ) | JENNIFER GARROTT'S AMENDED |
| MAJOR WILLIAM BATES, III, | ) | MOTION TO DISMISS |
| JENNIFER GARROTT, AND | ) | |
| ROBERT J. LYON, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

On May 23, 2014, Defendant Jennifer Garrott filed an Amended Motion to Dismiss incorporating arguments that the Plaintiff's claims are barred because 42 U.S.C. § 1983 does not allow for claims alleging supervisory liability. The Plaintiff has fully briefed this issue as it relates to the claims against Defendant Jennifer Garrott within the Plaintiff's Consolidated Response Memorandum to the Two Motions to Dismiss Filed by Defendants Jennifer Garrott and Robert J. Lyon, ECF No. 54, at pages 32 through 43. The Plaintiff respectfully incorporates the arguments set forth in the Plaintiff's Consolidated Response, ECF No. 54, in opposition to Defendant Garrott's recently Amended Motion to Dismiss. (ECF No. 66).

Respectfully Submitted,

s/ Scott C. Evans
J. Edward Bell, III, Fed ID No.1280
David W. Harwell, Fed ID No. 1766
Scott C. Evans, Fed ID No. 10874
Bell Legal Group, LLC
219 Ridge Street
Georgetown, SC 29442

Telephone: 843-546-2408
Facsimile: 843-546-9604

Georgetown, South Carolina
May 30, 2014